IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00190-RM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  DERICK WILLIAMS-BERRIEN,

  Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

  This matter has been scheduled for a four-day jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **July 15, 2013 at 9:00 a.m.** It is

  ORDERED THAT all pretrial motions shall be filed by **May 28, 2013** and responses to these motions shall be filed by **June 4, 2013**. It is further

  ORDERED that a Trial Preparation Conference is set for **July 8, 2013 at 10:30 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

  The parties shall be prepared to address the following issues at the Trial Preparation Conference:

  1)  jury selection;

  2)  sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: May 13, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge